WILLIAM McCRAW,
  ATTORNEY GENERAL

SCOTT GAINES,
  FIRST ASSISTANT

BOB GROBE,
  CHIEF LAW ENFORCEMENT
  OFFICER

RUTH MYERS,
  CHIEF CLERK

ASSISTANTS

JOE J. ALSUP
VICTOR W. BOULDIN
J. H. BROADHURST
WM. M. BROWN
H. GRADY CHANDLER
VERNON COE
WILLIAM C. DAVIS
L. B. DUKE
W. W. HEATH
CURTIS E. HILL
WM. MADDEN HILL

W. J. (DICK) HOLT
C. M. KENNEDY
LEONARD KING
LETCHER KING
GEORGE P. KIRKPATRICK
SAM LANE
ROBERT W. McKISSICK
WILLIAM McMILLAN
M. C. MARTIN
T. F. (TED) MORROW
LEON O. MOSES
PAT M. NEFF, JR.
HARRY S. POLLARD
W. B. POPE
RUSSELL RENTFRO
TOM D. ROWELL
ALFRED M. SCOTT
JOE SHARP
DICK STOUT
EARL STREET
MARVIN TREVATHAN
FRED C. VARNER, JR.
EFFIE WILSON-WALDRON
CHARLES B. WALKER



## OFFICE OF THE ATTORNEY GENERAL

### AUSTIN

January 16th, 1939

Hon. Hazel H. Beckham, Executive Secretary
State Commission for the Blind
State Office Building
Austin, Texas

Dear Madam:

Overruled by O - 653 ___ in part

Opinion No. O-118-A
Re: Construction of Article
2960 as to whether a blind
person is exempt from the
payment of a poll tax

Your request for an opinion as to whether
or not a blind person is exempt from the payment of
a poll tax by virtue of the fact that he is blind,
has been received by this office.

Article 2960, Revised Civil Statutes of
Texas, provide as follows:

"Every person who is more than 60
years old or who is blind or deaf or dumb,
or is permanently disabled or has lost one
hand or one foot, shall be entitled to vote
without being required to pay a poll tax,
if he has obtained his certificate of exemp-
tion from the County Tax Collector when the
same is required by the provisions of this
title".

It is our opinion that a blind person is en-
titled to vote without the payment of a poll tax pro-
vided he has complied with the other provisions of law
in regard thereto.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _____
                    Assistant

RHC:ob

APPROVED

_____
ATTORNEY GENERAL OF TEXAS